AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

DIVATEX HOME FASHIONS, INC.,

    PLAINTIFF,

V.

M/V "MAERSK DARMSTADT", her engines, boilers, etc. and
A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE,

    DEFENDANT.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 08 CV 3483

Judge Berman

TO: (Name and address of defendant)

A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE
2 GIRALDA FARMS
MADISON AVENUE
MADISON, NJ  07940

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

McDERMOTT & RADZIK, LLP
WALL STREET PLAZA
88 PINE STREET
NEW YORK, NEW YORK  10005

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 1 0 2008

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: April 18th, 2008

NAME OF SERVER (PRINT): DANIEL KNIGHT

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: /A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE 2 Giralda Farms-Madison Avenue, Madison, NJ 07940 at 3:48 P.M.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Andy Tsukamoto, Senior Director & Counsel

☐ Returned unexecuted:

☒ Other (specify): Description of Andy Tsukamoto: male, yellow, black hair, 5'7", 170 lbs., 46 years of age

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 21st, 2008

Signature of Server

DANIEL KNIGHT
233 Broadway
New York, NY 10279
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.