*Berman, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DIVATEX HOME FASHIONS, INC.,

                Plaintiff,

    -against-

M/V "MAERSK DARMSTADT"
her engines, boilers, etc. and
A.P. MOLLER-MAERSK A/S d/b/a
MAERSK LINE,

                Defendant.

-----------------------------------------------------------X

**VOLUNTARY DISCONTINUANCE PURSUANT TO FRCP 41(a)**

08 CV 3483 (RMB)

**IT IS HEREBY STIPULATED** that this action is hereby discontinued with prejudice, without costs to any party as against any other, without prejudice to reopen within 60 days if payment is not received by plaintiff.

*Clerk to close this case.*

Dated: New York, New York
       May 9, 2008

*RMB*
_____
U.S.D.J.
*Richard M. Berman*

McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff
DIVATEX HOME FASHIONS, INC.

By _____
William R. Connor III (WC-4631)
Wall Street Plaza
88 Pine Street
New York, New York 10005
212-376-6400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08

c:\documents and settings\etta\my documents\etta\wrconnor\64-08-871\voluntary stip of discontinuance 050908.doc